UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CHARLES FISHER,

    Plaintiff,

v.

EBAY INC,

    Defendant.

Case No. 5:17-cv-04623-EJD

**ORDER TO SHOW CAUSE**

On September 7, 2017, Defendant filed a motion to dismiss. The motion is currently scheduled to be heard on February 15, 2018 at 9:00 a.m. To date, Plaintiff has not filed or served a response to the motion. Therefore, Plaintiff is ordered to show cause in writing why the case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file and serve a response to this Order to Show Cause no later than January 12, 2018. Failure to file and serve a response by January 12, 2018 may result in dismissal of the action.

**IT IS SO ORDERED.**

Dated: January 3, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-04623-EJD
ORDER TO SHOW CAUSE

1